# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form07instructions.pdf*

| | |
|---|---|
| **9th Cir. Case Number(s)** | 21-56305 |
| **Case Name** | Jocelyn Bundy v. Nirvana L.L.C., et al |
| **Counsel submitting this form** | Inge De Bruyn |
| **Represented party/parties** | Jocelyn Susan BUNDY |

*Briefly describe the dispute that gave rise to this lawsuit.*

Appellant ("Ms. Bundy"), Plaintiff in the action below, filed suit against the Defendants-Appellees for infringement under U.S. and foreign laws of her copyright in an Illustration entitled "Upper Hell." In addition to relief under U.S. copyright laws for Appellees' violations in the U.S. of her U.S. copyright in the Illustration, Ms. Bundy's Complaint also requests (a) relief under the Digital Millennium Copyright Act ("DMCA") for Appellees' fixation of knowingly false copyright notices to the Illustration, and (b) relief under English and German copyright laws for Appellees' infringing conduct overseas, most (if not all) of which resulted from decisions made in California. With respect to Ms. Bundy's claim of infringement of her U.S. copyright in the Illustration, Appellees argue that the Illustration is in the U.S. public domain for failure to comply with formalities imposed by the 1911 U.S. Copyright Act. Appellees further argue that, if the U.S. copyright in the Illustration was restored under the URAA, they all qualify as reliance parties under 17 U.S. Code § 104A. Ms. Bundy disputes both allegations. Moreover, she is not aware of any defenses against her DMCA claim, nor of any defenses against her copyright infringement claims under foreign laws.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     1     Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

Despite the fact that Ms. Bundy's allegations of violations of U.S. laws by U.S. entities on U.S. soil form the crux of her Complaint, the District Court dismissed the action for forum non conveniens, based mainly on the argument that the issue of copyright ownership of the Illustration is governed by U.K. law and that there may be witnesses and/or documents on this issue located in the U.K. Ms. Bundy has meanwhile filed a motion for reconsideration of the dismissal under Fed. R. Civ. P. 59 or, alternatively, under Fed. R. Civ. P.60 (the "Motion"), including new evidence that conclusively settles the issue of copyright ownership and that would likely have changed the disposition of the case, had it been available to the District Court before. In addition, Ms. Bundy's Motion also identifies errors of law and fact with respect to, inter alia, the adequacy of the U.K. as an alternative forum for Ms. Bundy's U.S. copyright claims, the legal standard applicable in this circuit to forum non conveniens dismissals, and the consideration and balancing of the private and public interest factors that guide a forum non conveniens analysis. The appeal is aimed at addressing those errors, should they remain uncorrected upon disposition of Ms. Bundy's Motion.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Still pending before the District Court is Ms. Bundy's Motion under Fed. R. Civ. P. 59 or, alternatively, under Fed. R. Civ. P.60 for reconsideration of the dismissal for forum non conveniens. Depending on the outcome of that Motion, Ms. Bundy may dismiss this appeal or file an amended notice of appeal to include the order disposing of that Motion if it contains additional grounds for appeal.

**Signature** s/Inge De Bruyn       **Date** Dec 3, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  *2*  Rev. 12/01/2018

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the United States, that on the date noted below, a true and correct copy of the foregoing was delivered and/or transmitted in the manner(s) noted below:

| | | |
|---|---|---|
| Mark S. Lee (SBN 94103)<br>RIMON, P.C.<br>2029 Century Park East, Suite 400N<br>Los Angeles, CA 90067-2905<br>Phone: 310-361-5776<br>mark.lee@rimonlaw.com | *Counsel for Defendant Nirvana L.L.C.* | ☐ VIA EMAIL<br>☐ VIA FACSIMILE<br>☐ VIA MESSENGER<br>☐ VIA U.S. MAIL<br>☒ VIA CM/ECF SYSTEM |
| Zia F. Modabber (SBN 137388)<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Phone: 310-788-4400<br>Fax: 310-788-4471<br>zia.modabber@katten.com | *Counsel for Defendants Live Nation Merchandise, LLC; Merch Traffic LLC; Silva Artist Management, LLC* | ☐ VIA EMAIL<br>☐ VIA FACSIMILE<br>☐ VIA MESSENGER<br>☐ VIA U.S. MAIL<br>☒ VIA CM/ECF SYSTEM |
| Leah E.A. Solomon (SBN 275347)<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Phone: 310-788-4400<br>Fax: 310-788-4471<br>leah.solomon@katten.com | *Counsel for Defendants Live Nation Merchandise, LLC; Merch Traffic LLC; Silva Artist Management, LLC* | ☒ VIA EMAIL<br>☐ VIA FACSIMILE<br>☐ VIA MESSENGER<br>☐ VIA U.S. MAIL<br>☐ VIA CM/ECF SYSTEM |

DATED: December 3, 2021     By:     /s/ Inge De Bruyn
                                    Inge De Bruyn